UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VICTORIA STANDBERRY,** | : |
| **Plaintiff,** | : Civil Action No.: |
| v. | : |
| **J.B. HUNT TRANSPORT, INC.,** | : June    2022 |
| **Defendant.** | : |

## NOTICE OF REMOVAL

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Defendant J.B. Hunt Transport, Inc. ("Defendant") files this Notice of Removal in accordance with 28 U.S.C. §§ 1332 (diversity jurisdiction), 1441, and 1446 and removes this action from the State of Connecticut Superior Court, Judicial District of New Haven, to the United States District Court for the District of Connecticut. As its reasons for removal, Defendant states:

1.  By Summons and Complaint, Plaintiff Victoria Standberry ("Plaintiff") commenced a civil action against Defendant in Connecticut Superior Court titled *Victoria Stanberry v. J.B. Hunt Transport, Inc.,* Docket No. NHH-CV22-6123450-S (the "Superior Court Action")[1]. A true and correct copy of the Summons and Complaint served by Plaintiff on Defendant is attached hereto as Exhibit A and constitutes all processes, pleadings and orders served upon Defendant in this action to the present date. 28 U.S.C. § 1446(a).

---

[1] Plaintiff's last name is incorrectly spelled "Stanberry" in the Superior Court Action.

2. This Notice of Removal is being filed within 30 days of the date that Defendant was served with a copy of the Complaint in the Superior Court Action. 28 U.S.C. § 1446(b).

3. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and, upon information and belief, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4. The Summons and Complaint state that Plaintiff is, and was at all times relevant to this removal, a citizen of the State of Connecticut.

5. Defendant is a corporation, incorporated under the laws of Arkansas, and its principal place of business is located in Lowell, Arkansas.

6. The Court also has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1441(a), as Plaintiff has asserted a violation of the Fair Labor Standards Act (29 U.S.C. § 203).

7. This Notice of Removal is being filed in the District of Connecticut, the District Court of the United States for the district and division within which the Superior Court Action is pending. 28 U.S.C. §§ 1441(a)-(b) and 1446(a).

8. Attached hereto as Exhibit B is a copy of the Notice to Superior Court of Filing of Notice of Removal, the original of which is being filed with the Superior Court, Judicial District of New Haven. 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that this matter be removed and hereinafter proceed in the United States District Court for the District of Connecticut.

3.

        THE DEFENDANT,
        J.B. HUNT TRANSPORT, INC.

        */s/ Lori B. Alexander*
        Lori B. Alexander (ct08970)
        Rina Bersohn (ct30231)
        LITTLER MENDELSON, P.C.
        One Century Tower
        265 Church Street, Suite 300
        New Haven, CT  06510
        Telephone: 203.974.8700
        Facsimile: 203.974.8799
        lalexander@littler.com
        rbersohn@littler.com

4.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2022, a copy of the foregoing was filed electronically and sent via email to all counsel of record as follows:

Michael J. Reilly, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
mreilly@cicchielloesq.com

Parties may access this filing through the Court's CM/ECF system.

*/s/ Rina Bersohn*
Rina Bersohn
