UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTORIA STANDBERRY,<br><br>       Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC.,<br><br>       Defendant. | Civil Action No.: 3:22-cv-00759 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Victoria Standberry and Defendant J.B. Hunt Transport, Inc. by and through their counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

July 28th, 2022

Plaintiff Victoria Standberry

By: _____
Michael Reilly
*Attorneys for Plaintiff Victoria Standberry*
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel. (860) 296-3457

August 11, 2022

Defendant J.B. Hunt Transport, Inc.

By: _____
Lori Alexander
Rina Bersohn
*Attorneys for Defendant J.B. Hunt Transport, Inc.*
Littler Mendelson, P.C.
265 Church St., #300
New Haven, CT 06510
Tel.: (203) 974-8700

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Rina Bersohn*
Rina Bersohn (ct30231)